IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CARLOS M. MATA, SR.,                  )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        Case No. CIV-15-247-D
                                      )
JOHN DOE, *et al*.,                   )
                                      )
            Defendants.               )

# **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by

United States Magistrate Judge Charles B. Goodwin [Doc. No. 8] pursuant to 28 U.S.C. § 636(b)(1).

Judge Goodwin recommends that Plaintiff's Application for Leave to Proceed In Forma Pauperis

pursuant to 28 U.S.C. § 1915 be denied, and that this action be dismissed without prejudice unless

Plaintiff pays the full $400 filing fee within 21 days of any order adopting the Report.  This

recommendation is based on findings that Plaintiff is subject to filing restrictions under the "three

strikes" provision of § 1915(g).

Plaintiff, who appears *pro se*, has not filed a timely objection or requested additional time

to object.  Thus, the Court finds that Plaintiff has waived further review of the issues addressed by

Judge Goodwin in his Report.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see*

*also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is

ADOPTED in its entirety.  Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc.

No. 2] is DENIED.  Plaintiff shall pay the $400.00 filing fee for this action within 21 days from the

date of this Order.  Failure to make full payment to the Clerk of Court by that date, or to show cause

for a failure to do so, will result in the dismissal of this action without prejudice to refiling.

IT IS SO ORDERED this __14th__ day of May, 2015.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE